UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:23-CR-149 |
| | : | |
| vs. | : | |
| | : | Judge Mannion |
| (1) NICHOLAS DOMBEK | : | |
| (2) DAMIEN BOLAND | : | |
| (3) ALFRED ATSUS and | : | |
| (4) JOSEPH ATSUS | : | |
| | : | |
| Defendants | : | |

**ENTRY OF APPEARANCE**

To the Clerk o Courts:

Kindly enter the appearance of **Ernest D. Preate, Jr, Esquire** on behalf of **NICHOLAS DOMBEK**, only, in the above captioned matter.

*Ernest D. Preate, Jr. Esquire*
Ernest D. Preate, Jr., Esquire
120 South State Street
The Tennant Building
Clarks Summit, PA 18411
570.558.5970 Telephone
epreate@comcast.net
Bard Id: 08433