## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     v.

Nicholas Dombek,

        Defendant

CRIMINAL NO. 3:23-CR-149

(MANNION, J.)
(MEHALCHICK, M.J.)

### PLEA

**NOW,** this **2nd** day of **January 2024,** the within named Defendant <u>Nicholas</u> <u>Dombek</u> having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

*Nicholas Dombek*

DEFENDANT