**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 3:23-CR-149 |
| **NICHOLAS DOMBEK** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

### O R D E R

The parties shall have until **January 22, 2024** to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference is scheduled to occur on **Tuesday, February 20, 2024 at 11:30 a.m.** with Jury Selection and Trial to commence on **Monday, March 11, 2024 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

*s/Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated: January 2, 2024**
23-149-06