IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 3:23-cr-00149-MEM |
| v. | : | |
| | : | |
| DAMIEN BOLAND, | : | (Judge Mannion) |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS, and | : | |
| NICHOLAS DOMBEK | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, MATTHEW L. CLEMENTE, ESQ., hereby certify that I contacted AUSA James Buchanan in order to obtain his concurrence or non-concurrence regarding the foregoing, Unopposed Joint Motion to Continue Deadline to File Pretrial Motions and Trial. Attorney Buchanan indicated that he concurs in the motion.

Respectfully Submitted,

/s/ Matthew L. Clemente, Esq.
88 North Franklin Street
Gettysburg House, Second Floor
Wilkes-Barre, PA 18701
 (570) 266-8986

*Attorney for Mr. Boland*