# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **3:23-cr-00149-MEM** |
| v. | : | |
| | : | |
| **DAMIEN BOLAND,** | : | **(Judge Mannion)** |
| **ALFRED ATSUS,** | : | |
| **JOSEPH ATSUS, and** | : | |
| **NICHOLAS DOMBEK** | : | **(Electronically Filed)** |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendants' Unopposed Joint Motion to Continue Deadline to File Pretrial Motions and Trial, **IT IS HEREBY ORDERED** that:

(1) the motion is **GRANTED**,

(2) Pretrial motions and motions in limine are due on or before ___ _____,

(3) the Final Pretrial-Conference is continued to _____ _____ and,

(3) Jury selection and trial is continued to _____ _____.

The Court finds that this continuance of time outweighs the best interests of the public and the defendant in a speedy trial and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A).

_____
Mannion, J.