## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America,** | : | **3:23-CR-149** |
| **v.** | : | **(JUDGE MANNION)** |
| **Nicholas Dombek, Damien Boland, Alfred Atsus, and Joseph Atsus,** | : | |
| **Defendants.** | : | |

## ORDER

Presently before the court is Defendants' Joint Motion to Continue Deadline to File Pretrial Motions and Trial. (Doc. 70.) The Motion is **GRANTED** as to the Defendants listed above.

The parties shall have until **July 12, 2024**, to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference is rescheduled to occur on **Wednesday August 28, 2024, at 10:30 am** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3 with Jury Selection and Trial to occur on **Monday, September 23, 2024, at 9:30 a.m.**

The Court finds the ends of justice will be served by affording all parties an extension of time to file motions and a continuance of trial. (See 18 U.S.C. § 316(h)(6)). The court finds that this continuance of time outweighs the best

interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A). All counsel of record further agreed that this finding was acceptable at the status conference held on March 14, 2024.

All counsel of record are attached for trial on September 23, 2024 and no further continuances will be granted.

MALACHY E. MANNION
United States District Judge

DATE: March 14, 2024
23-149-07